IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CORA SUE EASTRIDGE and       )
ALESHIA McKEE,               )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        3:11cv119-MHT
                             )            (WO)
CHRYSLER GROUP, LLC, a       )
domestic corporation; and    )
OLD CARCO, LLC, a            )
domestic corporation,        )
                             )
    Defendants.              )
```

### JUDGMENT

Pursuant to the notices of dismissal (doc. nos. 6 & 7), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that the motion to transfer (doc. no. 2) is denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 4th day of April, 2011.**

　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**